1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAJUANA LOCKLIN JOHNSON,<br><br>                   Plaintiff,<br>     v.<br><br>BANK OF NEW YORK MELLON,<br>et al.,<br><br>                  Defendants. | CASE NO. C16-0833JLR<br><br>ORDER REGARDING<br>PAYMENT OF SANCTIONS |

Before the court is the proposed payment plan of Jill J. Smith (Prop. Pmt. Plan (Dkt. # 20)), counsel for Plaintiff Lajuana Locklin Johnson. Ms. Smith proposes paying the $10,000.00, court-imposed sanction in increments of $100.00 per month. (*Id.*; *see also* 8/10/16 Order (Dkt. # 7).) The court APPROVES Ms. Smith's proposed payment plan and ORDERS Ms. Smith to pay her sanction in $300.00 quarterly installments. Beginning with the first quarter of 2017, Ms. Smith must pay a minimum of $300.00 into

ORDER - 1

the court registry no later than the final day of each quarter.[1]  The court DIRECTS Ms. Smith to inform the court and submit a renewed payment plan if at any time it becomes economically feasible to pay more than $300.00 per quarter.

The court further ORDERS Ms. Smith to file a quarterly declaration concurrently with each sanctions payment.  Each declaration must indicate when Ms. Smith paid her quarterly amount, how much she paid, the manner in which she paid, and a balance sheet showing each payment and the amount that Ms. Smith believes remains due of the $10,000.00 sanction she incurred.

At any time, Ms. Smith may file a motion to amend the payment plan by showing good cause.  Absent such amendment, however, Ms. Smith's failure to comply with the requirements of this order may result in further sanctions.

Dated this 27th day of January, 2017.

JAMES L. ROBART
United States District Judge

---

[1] For example, no later than March 31, 2017, Ms. Smith must pay $300.00 for the first quarter of 2017; no later than June 30, 2017, she must pay $300.00 for the second quarter of 2017; etcetera.

ORDER - 2