UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAJUANA LOCKLIN JOHNSON,

               Plaintiff,

     v.

BANK OF NEW YORK MELLON,
et al.,

               Defendants.

CASE NO. C16-0833JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On April 3, 2018, the court denied a motion to vacate two orders imposing sanctions on Jill J. Smith, counsel for Plaintiff Lajuana Locklin Johnson. (Order (Dkt. # 24).) In that order, the court noted that there was no evidence Ms. Smith had been making payments or filing quarterly declarations, as ordered by the court in its January 27, 2017, sanctions order imposed on Ms. Smith. (*Id.* at 2-3; Sanctions Order (Dkt.

# 22).) Thus, the court further ordered Ms. Smith to show cause for her failure to comply with the court's previous orders. (*Id.* at 3.) Ms. Smith has not responded. (*See* Dkt.) Nor has she made any payments on her court-imposed sanctions or filed any quarterly declarations since the court's January 27, 2017, sanctions order.

The court therefore ORDERS Ms. Smith to appear in court at 2:00 p.m. on Monday, August 20, 2018, to address why the court should not hold her in contempt of court and initiate disciplinary proceedings pursuant to Local Civil Rule 83.3, which contemplates suspension or disbarment from practice in the Western District of Washington. *See* Local Rules W.D. Wash. LCR 83.3(c). Failure to appear at the hearing will result in the court holding Ms. Smith in contempt and the initiation of the proceedings described above.

Filed and entered this 10th day of August, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk